# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

PHILLIPS JELKS (#485250)

VERSUS

LA. D.O.C. WD. BURL CAIN, ET AL.

CIVIL ACTION

NO. 13-90-SDD-SCR

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated May 7, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendants' *Motion for Partial Summary Judgment*[3] is GRANTED dismissing all of the Plaintiff's claims except his claims that: (1) on August 16, 2012, Capt. Webb, Capt. Smith, Capt. Gagnard, and Maj. Williams sprayed him with a chemical agent and then closed his booth cell door for 45 minutes; and (2) he was then removed from his cell and placed in a shower cell where he was once again sprayed with a chemical agent. This matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 6th day of June, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 116.
[3] Rec. Doc. 105.