# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**PHILLIPS JELKS (#485250)**

**VERSUS**

**LA. D.O.C. WD. BURL CAIN, ET AL**

**CIVIL ACTION**

**NUMBER 13-90-JWD-SCR**

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

**IT IS ORDERED** that the plaintiff's Request for T.R.O. and an Injunction are denied.[1]

Signed in Baton Rouge, Louisiana, on December 15, 2014.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Record Document Number 134.